# EXHIBIT D

# Assignment of Mortgage

THE ASSIGNOR
    Ameriquest Mortgage Company
residing or located at
    1100 Town and Country Road
    Suite 200
    Orange, CA 92868
referred to as the Assignor,
for and in consideration of the sum of    $1.00 (One Dollar)
Dollars
and other good and valuable consideration, the receipt whereof is hereby acknowledged, hereby assigns to
    Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset
Backed Pass Through Certificates, Series 2006-R2 Under the Pooling and Servicing Agreement Dated as of
March 1, 2006, Without Recourse
  residing or located at
    505 City Parkway West
    Orange, CA 92868
referred to as the Assignee;
a certain Mortgage dated 02/09/2006, made by Phyllis Hollis
referred to as the Mortgage.
The property covered by the Mortgage is located in the municipality of Old Bridge
in Middlesex
County, New Jersey. The Mortgage was recorded on 03/14/2006
in the office of the County Recording Officer of Middlesex
County, New Jersey, in Book 11411, Page 458 of the book of mortgages
The original amount of the Mortgage was $234,000.00

    Together with the Bond, Note or other obligation described in the Mortgage, and the money due and to become due thereon, with the interest. To have and to hold the same unto the Assignee forever, subject only to all the provisions contained in the Mortgage and the Bond, Note or other obligation. And the Assignor hereby constitutes and appoints the Assignee as the Assignor's true and lawful attorney, irrevocable in law or in equity, in the Assignor's name, place and stead but at the Assignee's cost and expense, to have, use and take all lawful ways and means for the recovery of all the said money and interest; and in case of payment, to discharge the same as fully as the Assignor might or could do if this Assignment was not made. And the Assignor covenants, that there is now due and owing upon the Mortgage and the Bond, Note or other obligation secured thereby, the sum of $              Dollars principal with interest thereon to be computed at the rate of        percent per year from        , and
That there are no set-offs, counterclaims or defenses against the Mortgage or the Bond, Note or other obligation, in law or in equity, nor have there been any modifications or other changes in the original terms thereof, other than as stated in this Assignment.

    In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

( For Recorder's Use Only)

B00991P0460

AMC000024

Signatures.   I agree to the terms of this Assignment. If the Assignor is a corporation, its proper corporate officers sign and its corporate seal is affixed.

Witnessed or Attested by:

Ameriquest Mortgage Company
By AMC Mortgage Services Inc. as
Authorized Agent

_____          _____
Dawn L. Reynolds, Authorized Agent          Tamara Price, Vice President


STATE OF California , COUNTY OF   San Bernardino SS:
I CERTIFY that on       6-26-07

Tamara Price and Dawn L. Reynolds personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of the attached instrument;
(b) was authorized to and did execute this instrument as   Vice President And Authorized Agent
of Ameriquest Mortgage Company the entity named in this instrument; and,
(c) executed this instrument as the act of the entity named in this instrument.

R. P. UMALI
Commission # 1453282
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2007

_____
(print name and title below signature)
Notary Public

| ASSIGNMENT OF MORTGAGE | Dated:  6-26-07 |
|---|---|
| Ameriquest Mortgage Company<br><br>TO<br><br>Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2006-R2 Under the Pooling and Servicing Agreement Dated as of March 1, 2006, Without Recourse | *Record and return to:*<br>GOLDBECK McCAFFERTY McKEEVER<br>Mellon Independence Center - Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1532 |

B00991P0461

AMC000025

